subdivision (c) of rule 18 of the Rules of the State Industrial Board, in which event motion is denied.

In the Matter of the Claim of RICHARD ENRIGHT, Appellant, against CLARENCE L. SMITH, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted.

In the Matter of the Claim of ANTHONY FAY, Respondent, against MILTON M. GETTINGER, Receiver of 65 POST AVENUE CORPORATION, and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted.

In the Matter of the Claim of WILLIAM MAYDAG, Respondent, against G. COLON & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted unless appeal is perfected within thirty days after receipt by the appellants of the findings from the State Industrial Board, in which event motion is denied.

In the Matter of the Claim of ALEXANDRINA PAISH and Others, Appellants, against T. H. SYMINGTON COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted unless appeal is perfected on or before December 1, 1931, and appellants are ready for argument at the next term, in which event motion is denied.

In the Matter of the Claim of GEORGE SEAGLE, Appellant, against EDWARD I. RICE, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion to dismiss appeal denied, with ten dollars costs to the claimant, appellant, against the employer and the insurance carrier, upon the ground that no proof is presented as to the time when the notice of the filing of the decision was sent to the appellant.

In the Matter of the Claim of FRANK ZERO, Respondent, against BOCK CONSTRUCTION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted unless appeal is perfected within thirty days after receipt by the appellants of the findings from the State Industrial Board, in which event motion is denied.

In the Matter of the Claim of MARY ANDERSON, Respondent, against MARY WHEELEHAN, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of RAE JONAS, Respondent, against MILTON JEWELRY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of ELLA GILKES, Respondent, against LAURELTON HOMES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of NATHAN ESBINSKY, Respondent, against BETTY COURT GARAGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of CAROLINE RAHM, Respondent, against REID ICE CREAM Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of SIDNEY L. FINEMAN, Respondent, against CAMP